

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB  3 2010

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL COMPLAINT |
| | § | |
| v. | § | CASE NO.: 4:10-MJ-024 |
| | § | |
| JOSE FERNANDO-GARCIA (01), | § | |
| KEVIN DEAN LEITERMAN (02), | § | |
| GERARDO GARCIA (03), | § | |
| ELIAS ARZOLA (04), | § | |
| HUGO ALBERTO GUERRERO (05), | § | |
| OMAR GARCIA (06) | § | |

## CRIMINAL COMPLAINT

I, Brian Finney, hereinafter Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about February 2, 2010, in the Fort Worth Division of the Northern District of Texas, **Jose Fernando-Garcia, Kevin Dean Leiterman, Gerardo Garcia, Elias Arzola, Hugo Alberto Guerrero, and Omar Garcia**, Defendants, did unlawfully and knowingly combine, conspire, confederate, and agree together and with each other to possess with intent to distribute one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I, controlled substance, in violation Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846.

1. On February 2, 2010, at approximately 11:28 a.m., a Fort Worth Police Department Narcotics Officers, acting in an undercover capacity, met with Jose Fernando GARCIA, at the Country Inn and Suites, located at 2200 Mercado Drive, Fort Worth, Texas. Agents/Officers noted that Jose Fernando GARCIA was driving a white Ford F250. During this meeting, Jose Fernando GARCIA agreed to sell the undercover officer a total of three hundred pounds of marijuana, in two separate transactions, each for one hundred and fifty pounds.

2. At approximately 11:33 a.m., Agents/Officers observed that Jose Fernando GARCIA was departing the parking lot of the Country Inn and Suites. Agents/Officers

**Criminal Complaint - Page 1**

followed the vehicle that Jose Fernando GARCIA was driving until it arrived at 1507 Glynn Oaks Drive, in Arlington, Texas. Agents/Officers observed Jose Fernando GARCIA exit his vehicle and go inside the residence.

3. At approximately 1:03 p.m., Agents/Officers observed a maroon 2003 Chevrolet Tahoe, bearing Texas license 065GZH, registered to Jose GUERRERO, 2306 February Lane, Grand Prairie, Texas, exit an unknown driveway on Glynn Oaks Drive, back down Glynn Oaks Drive, and arrive at 1507 Glynn Oaks Drive, Arlington, Texas. Agents/Officers observed that the vehicle was being operated by an unknown Hispanic male. Agents/Officers observed Jose Fernando GARCIA exit the residence at 1507 Glynn Oaks Drive, carrying an unknown package in his hand, and get into the passenger seat of the maroon Chevrolet Tahoe. At approximately 1:06 p.m., Agents/Officers observed Jose Fernando GARCIA exit the maroon Chevrolet Tahoe, this time not carrying a package. Agents/Officers followed the maroon Chevrolet Tahoe until it arrived at 2306 February Lane, Grand Prairie, Texas. After arriving at the residence, Agents/Officers observed the unknown Hispanic male enter the residence through the garage.

4. At approximately 1:25 p.m., Agents/Officers observed a black 2004 Infiniti, arrive at 1507 Glynn Oaks Drive. Agents/Officers observed Jose Fernando GARCIA exit the residence and meet with the driver of the black Infiniti, later identified as Kevin Dean LEITERMAN. At approximately 1:35 p.m., Agents/Officers then observed Jose Fernando GARCIA and Kevin Dean LEITERMAN get into Jose Fernando GARCIA's white Ford F250.

5. Agents/Officers followed Jose Fernando GARCIA and Kevin Dean LEITERMAN from 1507 Glynn Oaks Drive until they arrived at the Country Inn and Suites, located at 2200 Mercado Drive, Fort Worth, Texas. At approximately 2:24 p.m., Agents/Officers observed Jose Fernando GARCIA and Kevin Dean LEITERMAN both meeting with the undercover officer. During this meeting Jose Fernando GARCIA and Kevin Dean LEITERMAN tell the undercover officer that they want the undercover officer to travel to the Arlington area with them to show them the marijuana. The undercover officer agrees to follow Jose Fernando GARCIA and Kevin Dean LEITERMAN to the Arlington area, but instructs Jose Fernando GARCIA and Kevin Dean LEITERMAN that neither he nor the second undercover officer will go to a residence to see any marijuana.

6. At approximately 2:31 p.m., Agents/Officers observe the white Ford F250, occupied by Jose Fernando GARCIA and Kevin Dean LEITERMAN, being followed by the undercover vehicle, which is occupied by two undercover officers, leaving the parking lot of the Country Inn and Suites. Agents/Officers follow Jose Fernando GARCIA's

Criminal Complaint - Page 2

white Ford F250 until it arrives at the Dickey's Barbecue Pit, located at 2469 Dalworth Street, Grand Prairie, Texas.

7. At approximately 3:00 p.m., Agents/Officers observed that Jose Fernando GARCIA was leaving the Dickey's Barbecue Pit parking lot in his white Ford F250. Agents/Officers observed one of the undercover officers and Kevin Dean LEITERMAN enter the Dickey's Barbecue Pit.

8. At approximately 3:02 p.m., Agents/Officers observed Jose Fernando GARCIA's white Ford F250 arrive at 407 NW 23rd Street, Grand Prairie, Texas. Agents/Officers observed that Jose Fernando GARCIA parked his white Ford F250 in the driveway, beside the residence, exited his vehicle, and entered the residence.

9. At approximately 3:15 p.m., Agents/Officers observed a silver 2006 Chevrolet Trailblazer, bearing Texas license plate LXV778, registered to Gerardo GARCIA, 2258 Aggie Drive, Grand Prairie, Texas, arrive at 407 NW 23rd Street, Grand Prairie, Texas, and park in the front yard. Agents/Officers observed Gerardo GARCIA and Elias ARZOLA exit the silver Chevrolet Trailblazer and go into 407 NW 23rd Street, Grand Prairie, Texas.

10. At approximately 3:16 p.m., Agents/Officers observed Gerardo GARCIA and Elias ARZOLA exit 407 NW 23rd Street, Grand Prairie, Texas, get back into the silver Chevrolet Trailblazer, and leave the area.

11. At approximately 3:17 p.m., Agents/Officers observed Jose Fernando GARCIA exit 407 NW 23rd Street, Grand Prairie, Texas, get back into his white Ford F250, and leave. Agents/Officers followed Jose Fernando GARCIA's white Ford F250 until it arrived back at the Dickey's Barbecue Pit. After Jose Fernando GARCIA arrived at the Dickey's Barbecue Pit, Kevin Dean LEITERMAN and one of the undercover officers came out of the Dickey's Barbecue Pit and met with Jose Fernando GARCIA. During the meeting, Jose Fernando GARCIA instructs the two undercover officers that he had brought a sample of the marijuana for the two undercover officers to see. Jose Fernando GARCIA instructs the two undercover officers that the sample is in the back seat of Jose Fernando GARCIA's truck. One of the undercover officers then observes a large compressed brick of marijuana lying in the back seat of Jose Fernando GARCIA's truck. The undercover officer then asks Kevin Dean LEITERMAN if he has a sample of the marijuana. Kevin Dean LEITERMAN then gets into the back seat of Jose Fernando GARCIA's truck and cuts a smaller sample piece off of the large compressed brick of marijuana, and gives it to the undercover officer as a sample.

12. At approximately 3:24 p.m., Agents/Officers observed the two undercover

Criminal Complaint - Page 3

officers, occupying their undercover vehicle, and Jose Fernando GARCIA and Kevin Dean LEITERMAN, occupying Jose Fernando GARCIA's white Ford F250, departing the Dickey's Barbecue Pit parking lot.

13. At approximately 3:25 p.m., Agents/Officers observed Jose Fernando GARCIA and Kevin Dean LEITERMAN arrive at 407 NW 23rd Street, Grand Prairie, Texas. Agents/Officers observed Jose Fernando GARCIA and Kevin Dean LEITERMAN exit their vehicle and go inside the residence.

14. At approximately 3:28 p.m., Agents/Officers observed the silver 2006 Chevrolet Trailblazer, occupied by Gerardo GARCIA and Elias ARZOLA arrive back at 407 NW 23rd Street, Grand Prairie, Texas. Agents/Officers observed both Gerardo GARCIA and Elias ARZOLA exit the vehicle and go inside the residence.

15. At approximately 3:30 p.m., Agents/Officers observed a green 1998 Honda Accord, bearing Texas license plate LXT244, registered to Jose GUERRERO, 2306 February Lane, Grand Prairie, Texas, being driven by Hugo Alberto GUERRERO, with Omar GARCIA in the passenger seat, arrive at 407 NW 23rd Street, Grand Prairie, Texas. Agents/Officers observed both Hugo Alberto GUERRERO and Omar GARCIA go into the residence at 407 NW 23rd Street, Grand Prairie, Texas.

16. At approximately 3:35 p.m., Agents/Officers observe Jose Fernando GARCIA exit 407 NW 23rd Street, Grand Prairie, Texas, walk over to the driver side back seat area of his white Ford F250, and remove an unknown package. Agents/Officers then observe Jose Fernando GARCIA carry this unknown package into 407 NW 23rd Street, Grand Prairie, Texas.

17. At approximately 3:40 p.m., Agents/Officers observed Kevin Dean LEITERMAN, occupying the white Ford F250, departing 407 NW 23rd Street, Grand Prairie, Texas. Agents/Officers followed Kevin Dean LEITERMAN, and subsequently directed a marked Arlington Police Department Patrol unit to initiate a stop on Kevin Dean LEITERMAN's vehicle. During the stop, approximately ten minutes after Kevin Dean LEITERMAN was removed from his vehicle, Kevin Dean LEITERMAN attempted to flee on foot from the scene of the stop, but was subsequently arrested.

18. At approximately 3:50 p.m., Agents/Officers decided to secure the residence at 407 NW 23rd Street, Grand Prairie, Texas, and obtain a search warrant for the residence. While approaching the residence, Agents/Officers observed Hugo Alberto GUERRERO and Omar GARCIA exit 407 NW 23rd Street, Grand Prairie, Texas, and get into the green 1998 Honda Accord. When Agents/Officers approached the green 1998 Honda Accord, Hugo Alberto GUERRERO and Omar GARCIA attempted to flee the scene in their

Criminal Complaint - Page 4

vehicle. While attempting to flee, they almost ran over several of the Agents/Officers who were attempting to stop their vehicle and take them into custody. After a short pursuit, both Hugo Alberto GUERRERO and Omar GARCIA were taken into custody.

19. When Agents/Officers approached the front door of 407 NW 23rd Street, Grand Prairie, Texas, they observed that the front door was open. Agent/Officers also detected the strong and recognizable odor of marijuana. When Agents/Officers made entry into the residence, they announced their presence. When entering the living room of the residence, Agents/Officers observed Gerardo GARCIA laying face down on the floor. Agents/Officers also observed Jose Fernando GARCIA, Elias ARZOLA, and an unknown Hispanic male fleeing out the back door of the residence. After a short foot pursuit, Elias ARZOLA was taken into custody, while Jose Fernando GARCIA and the unknown Hispanic male successfully fled the scene.

20. When Agents/Officers were clearing the bedroom of the residence, they observed several compressed bundles of marijuana and two pistols lying in plain view, on top of a white ice chest. Once the residence was secure, the Agents/Officers took Gerardo GARCIA and Elias ARZOLA out of the residence and the residence was secured. Agents/Officers remained outside the residence until they were able to obtain a State of Texas Search Warrant for the residence.

21. During the search of the master bedroom of the residence, Agents/Officers located and seized approximately three hundred pounds of marijuana, approximately two hundred grams of cocaine, one loaded Ruger P95DC 9mm pistol, and one loaded Helwan model 920 9mm pistol. Agents/Officers also located and seized a prescription pill bottle in the name of Elias ARZOLA, dated 09-30-2009. Agents/Officers also located and seized a receipt from O'Reilly Auto Parts, dated 06-02-2009, for a part for a Honda Accord.

22. A review of the defendants' criminal histories revealed the following:

a. Jose Fernando GARCIA has a prior federal conviction from 2006, for Possession of a controlled substance with intent to distribute, where he received a 48 month prison sentence.

b. Kevin Dean LEITERMAN has at least two felony convictions, one for Burglary, one for Robbery, and one federal conviction from 2004, for Attempted Bank Robbery, where he received a 38 month prison sentence.

c. Elias ARZOLA has two state jail felony convictions for possession of a controlled substance, one conviction for assault causing bodily injury, and numerous

**Criminal Complaint - Page 5**

misdemeanor arrests.

  d.  Gerardo GARCIA has one conviction for misdemeanor Assault.

  e.  Hugo Alberto GUERRERO has one state jail felony conviction for evading arrest/detention with a vehicle and one conviction in 2009 for possession of a controlled substance, less than 200 grams.

  f.  Omar GARCIA has one state jail felony conviction for possession of a controlled substance, a state jail felony arrest for unlawful transport of a person for pecuniary benefit, disposition unknown, and an arrest for money laundering in 2006.


_____
Brian Finney, Special Agent
Drug Enforcement Agency


**Sworn to before me, and subscribed in my presence,**

February 3, 2010 at _1:26_ p.m.,           at    Fort Worth, Texas
**Date and Time Issued**                        **City and State**


United States Magistrate Judge Charles Bleil    _____
**Name and Title of Judicial Officer**           **Signature of Judicial Officer**


**Criminal Complaint – Page 6**